UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEILA MARCELIN-LABRADOR,**<br><br>Plaintiff,<br><br>v.<br><br>**NTV INTERNATIONAL CORPORATION and SHO WATANABE,**<br><br>Defendants. | Civil Action No. 24-3541 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART; and

2. Plaintiff shall effect proper service in compliance with the Hague Convention within 90 days.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: January 28, 2025

1